# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth M. Skrocki <br> <u>Debtor</u> | CHAPTER 7 <br><br> BKY. NO. 16-15696 REF |

## ENTRY OF APPEARANCE AND REQUEST FOR NOTICES

To the Clerk:

     Kindly enter my appearance on behalf of JPMorgan Chase Bank, National Association, and index same on the master mailing list.

Re: Loan # Ending In: 0485

                Respectfully submitted,

                **/s/Joshua I. Goldman, Esquire**
                Joshua I. Goldman, Esquire
                Thomas Puleo, Esquire
                KML Law Group, P.C.
                701 Market Street, Suite 5000
                Philadelphia, PA 19106-1532
                (215) 825-6306  FAX (215) 825-6406