```
Aes/aes Grants Spcl




Arcadia
PO Box 6768
Reading, PA 19610




Arvixe LLC
2500 Ridgepoint Drive
Suite 105C
Austin, TX 78754




Bank Of America
Nc4-105-03-14
Po Box 26012
Greensboro, NC 27410




Chase Mtg
Po Box 24696
Columbus, OH 43224




Convergent Heathcare Recovery
121 Ne Jefferson St
Suite 100
Peoria, IL 61602




Convergent Heathcare Recovery
121 Ne Jefferson St
Suite 100
Peoria, IL 61602




Convergent Heathcare Recovery
121 Ne Jefferson St
Suite 100
Peoria, IL 61602
```

Convergent Heathcare Recovery
121 Ne Jefferson St
Suite 100
Peoria, IL 61602


Convergent Heathcare Recovery
121 Ne Jefferson St
Suite 100
Peoria, IL 61602


David John Skrocki
1005 Tuckerton Road
Reading, PA 19605


EOS CCA
700 Longwater Drive
Norwell, MA 02061


ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


ERC/Enhanced Recovery Corp
8014 Bayberry Rd
Jacksonville, FL 32256


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106

```
Fed Loan Serv
Po Box 60610
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106
```

Fed Loan Servicing
Po Box 69184
Harrisburg, PA 17106


Muhlenberg Area Ambulance
PO Box 206
Temple, PA 19560


Penn Credit
Attn:Bankruptcy
Po Box 988
Harrisburg, PA 17108


Reading Health System
PO Box 70894
Philadelphia, PA 19176


Receivable Management Inc
7206 Hull Rd
Ste 211
Richmond, VA 23235


Receivables Management Services
P.O. Box 341449
Austin, TX 78734


Verizon
500 Technology Dr
Suite 500
Weldon Spring, MO 63304


Vonage
23 Main Street
Holmdel, NJ 07733


Wells Fargo
Wells Fargo Bank
Po Box 5185
Sioux Falls, SD 57117

```
Wells Fargo
Wells Fargo Bank
Po Box 5185
Sioux Falls, SD 57117


Wells Fargo Home Mortgage
8480 Stagecoach Circle
Frederick, MD 21701
```