# IN THE UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE: Beth M. Skrocki<br>　　　　　Debtor | CHAPTER 7 |
| JPMorgan Chase Bank, National Association<br>　　　　　Movant<br>　　vs. | NO. 16-15696 REF |
| Beth M. Skrocki<br>　　　　　Debtor | |
| Lynn E. Feldman Esq.<br>　　　　　Trustee | 11 U.S.C. Section 362 |

## **ORDER**

IT IS HEREBY ORDERED THAT: The Motion for Relief from the Automatic Stay of all proceedings is granted and the Automatic Stay of all proceeding, as provided under Section 362 of the Bankruptcy Abuse and Consumer Protection Act of 2005 (The Code), 11 U.S.C. Section 362, is modified with respect to the subject premises located at 928 Church Street Reading, PA 19601 ("Property), so as to allow Movant, its successors or assignees, to proceed with its rights and remedies under the terms of the subject Mortgage and pursue its in rem State Court remedies.

**Date: September 26, 2016**

_____
United States Bankruptcy Judge.

cc: See attached service list